RESTRICTED SPENDING SO-
LUTIONS, LLC, Plaintiff–
Appellant,

v.

ALLOW CARD OF AMERICA,
INC. and The Bancorp
Inc., Defendants,

and

Palm Desert Investments,
Defendant–Appellee,

and

Wachovia Corp., Commerce Banc-
shares, Inc., and Visa U.S.A., Inc.,
Defendants–Appellees,

and

UMB Financial Corp., Defendant–
Appellee,

and

Fifth Third Bancorp, Defendant–
Appellee.

No. 2011–1059.

United States Court of Appeals,
Federal Circuit.

Feb. 10, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).